IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZOUHAIR HILAL<br>a/k/a DANNY HILAL,<br><br>    Debtor-Appellant,<br><br>v.<br><br>RANDY W. WILLIAM,<br>CHAPTER 11 TRUSTEE,<br><br>    Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-05-3776 |

## FINAL JUDGMENT

For the reasons stated in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that this appeal by Debtor-Appellant Zouhair Hilal a/k/a Danny Hilal of the October 24, 2005, Order of the United States Bankruptcy Court for the Southern District of Texas, granting the Trustee's Motion for Order approving Compromise and Settlement, is DISMISSED WITH PREJUDICE as MOOT.

This is a **FINAL JUDGMENT.**

The Clerk shall notify all parties and provide them with a true copy of this Judgment.

SIGNED at Houston, Texas, on this 9th day of August, 2006.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE